**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Glenn Dale Acon, Jr.,                                                    Civil No. 06-4672  MJD/AJB

                              Petitioner,

v.                                                                                            **ORDER**

State of Minnesota,

                              Respondent.


        Based upon the Report and Recommendation by United States Magistrate Judge

Arthur J. Boylan dated April 23, 2007, with all the files and records, and no objections having

been filed to said Recommendation, **IT IS HEREBY ORDERED** that Glenn Dale Acon, Jr.'s

Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **DISMISSED** with prejudice.

[Docket No. 1].


Dated: May 16, 2007


                                                        s/Michael J. Davis
                                                        Michael J. Davis
                                                        United States District Court Judge